UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
: 
RICOH CORPORATION, *et al.*,
: 
    Plaintiffs/Counter Defendants,           Civ. No. 02-5639  (GEB)
    v.      :
           **ORDER**
PITNEY BOWES, INC.,      :

    Defendant/Counterclaimant.      :
_____

This matter having come before the Court upon Ricoh's motion in limine to exclude the expert report and testimony of Larry S. Nixon [Docket Entry #114]; and the Court having been informed that the parties have reached an agreement with respect to this matter;

IT IS THIS    14th  day of August, 2006 hereby

ORDERED that Ricoh's motion in limine is DISMISSED AS MOOT.


                                                 s/ Garrett E. Brown, Jr.
                                             GARRETT E. BROWN, JR., U.S.D.J.